THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE APPLICATION OF WENDA CO. LTD. FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782 | §<br>§<br>§<br>§<br>§ | CIVIL NO. 4:25-MC-00015-SDJ-BD |

## MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On December 2, 2025, the Magistrate Judge entered proposed findings of fact and a recommendation (the "Report"), (Dkt. #7), that Applicant's Application for an Order to Take Discovery for Use in Foreign Proceedings, (Dkt. #1), be granted.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that the Application, (Dkt. #1), is **GRANTED.** Applicant may serve the entities identified as respondents in its application with subpoenas containing the discovery requests stated in Schedule A of the proposed subpoenas, (Dkts. # 5-2 at 5–7, 5-3 at 5–7), and those entities must produce responsive documents within 14 days of service of the subpoenas.

**So ORDERED and SIGNED this 17th day of December, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE